AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

RECEIVED
ENTERED
SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 3 1 2012

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3:12-CR-0038-LRH-VPC |
| LEONELA URBINA | ) | |
| | ) | |
| Defendant | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: United States District Court<br>400 S. Virginia St.<br>Reno, NV 89501 | Courtroom No.: Two |
|---|---|
| | Date and Time: 6/7/12 3:00 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 05/31/2012

_Judge's signature_

William G. Cobb, U.S. Magistrate Judge
_Printed name and title_