```
                    FILED            RECEIVED
                    ENTERED          SERVED ON
                             COUNSEL/PARTIES OF RECORD

                         SEP 2 4 2012

                    CLERK US DISTRICT COURT
                      DISTRICT OF NEVADA
              BY:                           DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:12-CR-038-LRH-VPC |
| Plaintiff, | |
| | ORDER STAYING RELEASE OF |
| v. | DEFENDANT LEONELA URBINA |
| | PENDING TRIAL FOR DECISION ON |
| LEONELA URBINA, | GOVERNMENT'S MOTION TO REVOKE |
| Defendant. | |

BASED upon the government's motion to revoke and to stay dated September 20, 2012, filed in the above-captioned matter pursuant to 18 U.S.C. § 3145, IT IS ORDERED that this Court's Order to Release the defendant, LEONELA URBINA, pending trial IS HEREBY STAYED until further ORDER of the COURT.

IT IS SO ORDERED.

Dated September 24th, 2012.

_____
HON. WILLIAM G. COBB
UNITED STATES MAGISTRATE JUDGE